

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00042-CV

| | | |
|---|---|---|
| DELYKEITHYIA TIFFANY ASBELL, Appellant | § | On Appeal from County Court at Law No. 1 |
| | § | of Tarrant County (2021-006803-1) |
| V. | § | May 5, 2022 |
| OP SPE PHX1, LLC, Appellee | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM